ANGELO CERCIELLO, APPELLANT, v. METROPOLITAN LIFE INSURANCE CO., RESPONDENT.

Submitted February 13, 1948—Decided May 13, 1948.

For the appellant, *Joseph C. Cassini* (*Lawrence Friedman, of counsel*).

For the respondent, *McCarter, English & Studer*.

PER CURIAM.

The judgment under review herein is affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Donges in the Supreme Court.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, BODINE, HEHER, COLIE, EASTWOOD, BURLING, WELLS, DILL, FREUND, MCLEAN, SCHETTINO, JJ. 12.

*For reversal*—WACHENFELD, J. 1.